No. 2006, Misc. NANCE v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 2018, Misc. NILSSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 2019, Misc. KELLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 2032, Misc. CONNORS v. SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 2044, Misc. LEVY v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 2061, Misc. BOLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1254. E. B. & A. C. WHITING Co. v. SHAW ET AL., 397 U. S. 1076;

No. 1531, Misc. HILLERY v. CALIFORNIA, ante, p. 909; and

No. 1696, Misc. LENTO v. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co., 397 U. S. 1054. Petitions for rehearing denied.

No. 875. DAPPER v. CALIFORNIA, 397 U. S. 905. Motion for leave to file petition for rehearing denied.

JUNE 10, 1970

No. 900. UNITED STATES v. FANCHER. Appeal from D. C. S. D. [Probable jurisdiction noted, 397 U. S. 985.] Appeal dismissed pursuant to Rule 60 of the Rules of this Court.